## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10-cv-1438 | **DATE** | 3/9/10 |
| **CASE TITLE** | Geinosky v. City of Chicago et al. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for 4/7/10 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|