UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case:    10 C 1438

    Mark Geinosky,                   Honorable Judge Darrah

        v.

    City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant.

| SIGNATURE | |
|---|---|
| /s/ Anne K. Preston | Assistant Corporation Counsel |
| **FIRM** City of Chicago, Department of Law | |
| **STREET ADDRESS**    30 N. LaSalle St., Suite 900 | |
| **CITY/STATE/ZIP**    Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**    6287125 | **TELEPHONE NUMBER**    (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐      NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X      NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |