# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1438 | **DATE** | 8/10/10 |
| **CASE TITLE** | Geinosky v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for extension of time [20, 21] is granted. The briefing schedule for Defendants' motion to dismiss is adjusted as follows: response by 8/16/10; reply by 8/30/10.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|