# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARK GEINOSKY | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 1438 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## DEFENDANT LUIS AGUILAR'S MOTION TO JOIN IN DEFENDANTS KENNETH WILKERSON AND STEVEN SABATINO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Luis Aguilar, by his attorney, Brandon J. Gibson, Assistant Corporation Counsel, hereby brings this motion to join in Defendants Kenneth Wilkerson and Steven Sabatino's Motion to Dismiss the Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants state as follows:

1. On October 12, 2010, Defendants Wilkerson and Sabatino filed a comprehensive Motion to Dismiss Counts I, II, and III of Plaintiff's First Amended Complaint (*see* Docket Entry 37).

2. Counts I, II, and III are also directed towards Defendant Aguilar.

3. Defendant Aguilar, represented by separate counsel at this point in this matter, wishes to join in the aforementioned motion rather than filing a separate document which would mirror the one filed by Defendants Wilkerson and Sabatino.

4. Defendant Aguilar states that the granting of this motion to join would not prejudice any party or delay the proceedings.

WHEREFORE, for the foregoing reasons, Defendant Luis Aguilar respectfully requests this Honorable Court grant its motion to join in Defendants Wilkerson and Sabatino's motion to dismiss Counts I, II, and III of the Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and further requests that the Court dismiss Plaintiff's Amended Complaint in its entirety.

Respectfully submitted,

/s/ Brandon J. Gibson_____
BRANDON J. GIBSON
Assistant Corporation Counsel
Attorney for Luis Aguilar

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1056 Phone
(312) 744-3989 Fax
brandon.gibson@cityofchicago.org
Attorney No. 6296576