UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GEINOSKY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 1438 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:** Mary McDonald, Anne K. Preston, Ashley C. Kosztya, Colleen DeRosa
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Tuesday, November 2, 2010, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiff's Response to Defendants' Motion to Dismiss**.

### CERTIFICATE OF SERVICE

I, Adele D. Nicholas, certify that on Tuesday, November 2, 2010, this notice and the above-described document(s) were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Adele D. Nicholas
*Counsel for the Plaintiff*

Adele D. Nicholas
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595