```
1                 IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION

3

4    MARK GEINOSKY,                    )
                                       )
5                       Plaintiff,     )
                                       )
6                                      )
     -vs-                              )   Case No. 10 C 1438
7                                      )
                                       )   Chicago, Illinois
8    CITY OF CHICAGO, et al.,          )   September 9, 2010
                                       )   9:30 o'clock a.m.
9                       Defendants.    )
```

```
10                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JOHN W. DARRAH
11
     APPEARANCES:
12
     For the Plaintiff:       LAW OFFICES OF LAWRENCE V. JACKOWIAK
13                            BY:  MR. LOUIS JOSEPH MEYER
                              20 North Clark Street
14                            Suite 1700
                              Chicago, Illinois 60602
15
     For the Defendants:      CITY OF CHICAGO DEPARTMENT OF LAW
16                            BY:  MS. MARY SARA MC DONALD
                                   MS. ASHLEY CAROLINE KOSZTYA
17                                 MS. COLLEEN GRACE DE ROSA
                              30 North LaSalle Street
18                            Suite 1400
                              Chicago, Illinois 60602
```

```
19

20

21                        Mary M. Hacker
                       Official Court Reporter
22                  United States District Court
              219 South Dearborn Street, Suite 1212
23                    Chicago, Illinois  60604
                     Telephone:  (312) 435-5564
24

25
```

1    THE CLERK:  10 C 1438, Geinosky versus City of
2    Chicago.
3    MR. MEYER:  Good morning, your Honor.  Louis Meyer
4    for the plaintiff.
5    THE COURT:  Good morning, Mr. Meyer.
6    MS. KOSZTYA:  Good morning, your Honor.  Ashley
7    Kosztya on behalf of the city.
8    THE COURT:  Good morning, Ms. Kosztya.
9    MS. MC DONALD:  Good morning, Judge.  Mary McDonald
10   on behalf of defendants.
11   THE COURT:  Good morning, Ms. McDonald.
12   MS. DE ROSA:  Good morning, your Honor.  Colleen
13   DeRosa on behalf of defendants.
14   THE COURT:  Good morning, Ms. DeRosa.
15   This is plaintiff's motion to file a first amended
16   complaint.  The defendants have filed a motion to dismiss the
17   original complaint and that's fully briefed.
18   MS. MC DONALD:  That's correct, Judge.
19   THE COURT:  This complaint -- I haven't compared
20   them, but your motion recites that you're adding a conspiracy
21   count and adding some additional defendants.  Is that right?
22   MR. MEYER:  That's correct, your Honor.  Through
23   the case we had received an IAD file for the underlying
24   investigation into this incident of the parking tickets.
25   There was over 1700 pages of documents.  It took me a long

1    time to go through that.  Through that I learned that other

2    officers were involved.

3            The IAD investigator actually came to the

4    conclusion that this group got together and conspired to

5    issue these false tickets to Mr. Geinosky.  We brought them

6    in on a conspiracy claim that they were co-conspirating (sic)

7    to issue these tickets, and the last ticket would fall within

8    the two-year date.

9            THE COURT:  Okay.

10           MS. MC DONALD:  Judge, in response, I don't agree

11   with Mr. Meyers' characterization of what the IAD

12   investigator concluded.

13           THE COURT:  Disagreements are not uncommon in here,

14   Ms. McDonald.

15           MS. MC DONALD:  Okay.  The IAD investigation is

16   going to another level of review.  So that being said, I

17   still feel very strongly that there's no constitutional claim

18   here.  The plaintiff has received -- you know, as we argued

19   in our brief -- I don't want to rehash the arguments --

20           THE COURT:  I have not read the briefs yet, but I'm

21   going to grant the motion to file a first amended complaint.

22   The briefs will be withdrawn, and the motion will be

23   withdrawn, and you can refile the motion as you see fit

24   directed against the first amended complaint.

25           But it would be nothing but confusion if we're

1    trying to resolve issues in the original complaint while a
2    new amended complaint raises additional issues.  So that's
3    not going to serve anybody.
4              MS. MC DONALD:  Okay, Judge.
5              THE COURT:  Have you looked at the first amended
6    complaint?
7              MS. MC DONALD:  Yes.  We will be moving to refile
8    our motion to dismiss, your Honor.
9              THE COURT:  Shall we put that in place now or --
10             MS. MC DONALD:  I'm sorry?
11             THE COURT:  Can we put a briefing schedule in place
12   now for that?
13             MS. MC DONALD:  Sure.
14             THE COURT:  How much time would you need to file a
15   motion to dismiss the first amended complaint?
16             MS. MC DONALD:  Could we please have 30 days?
17             THE COURT:  Certainly.
18             THE CLERK:  October 12th.
19             THE COURT:  Response?
20             MR. MEYER:  21 days, your Honor.
21             THE COURT:  All right.
22             THE CLERK:  November 2nd.
23             THE COURT:  14 days for reply.
24             THE CLERK:  November 16th.
25             THE COURT:  And the original motion is stricken on

1    motion of the Court.

2              MS. MC DONALD:  Judge, with --

3              THE COURT:  Excuse me one second.  Did you give a

4    status date?

5              THE CLERK:  January 11th, 2011, at 9:30.

6              THE COURT:  Okay.  I'm sorry I interrupted you, Ms.

7    McDonald.

8              MS. MC DONALD:  Two questions, your Honor.

9              Our discovery was set to close September 20th, so

10   obviously we're going to need some type of new cutoff date.

11             THE COURT:  Is there a trial date in place as well?

12             MS. MC DONALD:  I believe you scheduled January

13   of 2011.

14             THE COURT:  Okay.  We'll move it to -- we'll vacate

15   those dates and we will schedule the matter for further

16   proceedings on the status date.

17             MS. MC DONALD:  Okay.  And, Judge, one further

18   quick question.

19             Your standing order requires us to file a motion

20   for summary judgment --

21             THE COURT:  We'll reschedule all of that.

22             MS. MC DONALD:  I'm sorry?

23             THE COURT:  We will reschedule all of that on the

24   next status date.

25             MS. MC DONALD:  Thanks, Judge.

1          THE COURT:  Okay.  So it's clear that whatever

2     dates are set for close of discovery, that the 30-day period

3     for filing dispositive motions will run from that date.

4          MS. MC DONALD:  From the new dates?

5          THE COURT:  Yes.

6          MS. MC DONALD:  Thank you.

7          THE COURT:  You're welcome.

8          MR. MEYER:  Thank you, your Honor.

9          THE COURT:  You're welcome.

10         MS. MC DONALD:  Have a good day.

11         THE COURT:  You too.

12         (Which were all the proceedings heard.)

13                        CERTIFICATE

14         I certify that the foregoing is a correct transcript

15     from the record of proceedings in the above-entitled matter.

16

17      /s/ *Mary M. Hacker*                    *October 28, 2010*

18     _____        _____

19     Mary M. Hacker                          Date
       Official Court Reporter

20

21

22

23

24

25