UNITED STATES DISTRICT COURT
FOR THE **Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Mark Geinosky

                               Plaintiff,

v.                                                      Case No.: 1:10−cv−01438
                                                           Honorable John W. Darrah

City of Chicago, et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 28, 2012:

       MINUTE entry before Honorable John W. Darrah:Status hearing held. This case will be referred to Magistrate Judge Valdez for a settlement conference. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.