# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK GEINOSKY, ) | |
| ) | |
| Plaintiff, ) | No. 10 C 1438 |
| ) | |
| vs. ) | Judge Darrah |
| ) | |
| CITY OF CHICAGO, Chicago Police ) | Magistrate Judge Valdez |
| Officers KENNETH WILKERSON, Star ) | |
| 11196, STEVEN SABATINO, Star 9862, ) | |
| HORST HEGEWALD, Star 18609, ) | Jury Demand |
| WILLIAM WHELEHAN, Star 7949, PAUL ) | |
| ROQUE, Star 12812, JENNIFER FREGEAU) | |
| Star 9213, BRIAN REIDY, Star 12464, and ) | |
| LUIS AGUILAR, Star 11616, ) | |
| ) | |
| Defendants. ) | |

## OFFER OF JUDGMENT

Defendant CITY OF CHICAGO, by one of its attorneys, Thomas J. Platt, Deputy Corporation Counsel for the City of Chicago, pursuant to Fed. R. Civ. P. 68, makes the following offer of judgment to Plaintiff, Mark Geinosky.

1. Defendant CITY OF CHICAGO offers to allow judgment to be taken against it and in favor of Plaintiff Mark Geinosky, in the total amount of EIGHTY FIVE THOUSAND DOLLARS AND 0/100 ($85,000, exclusive of attorney fees and costs.

2. This offer of judgment is inclusive of all claims Plaintiff had or may have against Kenneth Wilkerson, Steven Sabatino, Horst Hegewald, William Whelehan, Jennifer Fregeau, Paul Roque, Brian Reidy, Luis Aguilar, the CITY OF CHICAGO, and any other current or former employees or agents of the City of Chicago, arising from the incident or injuries alleged in Plaintiffs' complaint or any amendment thereof.

3. This offer of judgment is conditioned upon plaintiff accepting the offer of judgment as to Defendant City of Chicago.

4. Pursuant to Fed. R. Civ. P. 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

DATED this 15th day of October, 2012.

Respectfully submitted,

CITY OF CHICAGO

By one of its attorneys,

/s/*Thomas J. Platt*
Deputy Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-4833
Attorney No. 06181260

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the above and foregoing **OFFER OF JUDGMENT** to be served via HAND DELIVERY on the following person(s) at the following address on October 15, 2012:

Lawrence J. Jackowiak
20 N. Clark, Suite 1700
Chicago, Illinois 60607

Thomas J. Platt

2