UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GEINOSKY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 C 1438 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ATTORNEYS' FEES**

Plaintiff Mark Geinosky, through counsel, Jackowiak Law Offices, respectfully requests that this Honorable Court enter the attached agreed order of attorneys' fees. In support thereof, Plaintiff states as follows:

1. This motion is agreed.

2. Pursuant to an agreement of the parties, the individual Defendant-Officers have been dismissed with prejudice.

3. Plaintiff has accepted and filed an offer of judgment from the City of Chicago in the amount of $85,000.00.

4. Defendant City of Chicago has agreed to the entry of an order for reasonable attorney fees under 42 U.S.C.§1988 in the amount of $80,000.00.

5. City of Chicago will satisfy the judgment in favor of Plaintiff for $85,000.00 for damages, and $80,000.00 for attorney fees.

Respectfully submitted,

/s/ Lawrence Jackowiak
*Counsel for Plaintiff*

Lawrence Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595